UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
DANIEL, DORIS N § Case No. 06-04322 CAD
§
Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Frances Gecker, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
Kenneth S. Gardner
219 S. Dearborn Street
7th Floor
Chicago, Illinois 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 05/19/2011 in Courtroom 742,
United States Courthouse
219 S. Dearborn Street
Chicago, Illinois  60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 04/18/2011 By: _____

*Frances Gecker*
*325 N. LaSalle Street*
*Suite 625*
*Chicago, IL 60654*

UST Form 101-7-NFR (10/1/2010) *(Page: 1)*

## UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| DANIEL, DORIS N | § | Case No. 06-04322 CAD |
| | § | |
| Debtor(s) | § | |

### SUMMARY OF TRUSTEE'S FINAL REPORT
### AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 12,017.48 |
| and approved disbursements of | $ | 13.68 |
| leaving a balance on hand of[1] | $ | 12,003.80 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: Frances Gecker | $ 1,951.75 | $ 0.00 | $ 1,951.75 |
| Attorney for Trustee Fees: FRANK/GECKER LLP | $ 5,112.00 | $ 0.00 | $ 5,112.00 |
| Attorney for Trustee Expenses: FRANK/GECKER LLP | $ 32.98 | $ 0.00 | $ 32.98 |
| Other: INTERNATIONAL SURETIES, LTD. | $ 13.68 | $ 13.68 | $ 0.00 |

| | | |
|---|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ | 7,096.73 |
| Remaining Balance | $ | 4,907.07 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 3,848.70 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Northwest Suburban Surgical | $ 418.60 | $ 0.00 | $ 418.60 |
| 000002 | eCAST Settlement Corporation successor to | $ 1,057.38 | $ 0.00 | $ 1,057.38 |
| 000003 | eCAST Settlement Corporation successor to | $ 2,372.72 | $ 0.00 | $ 2,372.72 |

Total to be paid to timely general unsecured creditors       $ 3,848.70

Remaining Balance       $ 1,058.37

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of 4.9 % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $ 819.04 . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

Prepared By: /s/Frances Gecker
Chapter 7 Trustee

*Frances Gecker*
*325 N. LaSalle Street*
*Suite 625*
*Chicago, IL 60654*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010) *(Page: 4)*

```
                              United States Bankruptcy Court
                               Northern District of Illinois
In re:                                                            Case No. 06-04322-CAD
Doris N Daniel                                                    Chapter 7
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0752-1          User: kseldon             Page 1 of 2           Date Rcvd: Apr 21, 2011
                              Form ID: pdf006           Total Noticed: 34


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 23, 2011.
db           +Doris N Daniel,   1495 Russell Dr,   Hoffman Estates, IL 60192-4596
aty          +Gregory J Martucci,   Law Office Of Gregory J. Martucci,   203 E. Irving Park Rd.,
               Roselle, IL 60172-2004
aty          +William G Cross,   Frank/Gecker LLP,   325 N. LaSalle St., Suite 625,   Chicago, IL 60654-6465
aty          +Zane L Zielinski,   Frank/Gecker LLP,   325 N. LaSalle, Suite 625,   Chicago, IL 60654-6465
10698536     +125 S. Wacker Dr., Ste. 400,   Chicago, IL 60606-4440
10698552      1430 N. Algonquin, Ste. 210,   Arlington Heights, IL 60004
10698559      36311 Treasury Center,   Chicago, IL 60694-6300
10698529      A.G. Lung Associates,   P.O. Box 681579,   Schaumburg, IL 60168-1579
10698531     +Arrow Financial,   5996 W. Touhy,   Niles, IL 60714-4610
10698530     +Arrow Financial,   5996 W. Touhy Avenue,   Niles, IL 60714-4610
10698534      Associated Recovery Systems,   P.O. Box 469046,   Escondido, CA 92046-9046
10698537     +Center for Sports Orthopaedic,   1585 Barrington Road, Ste. 101,   Hoffman Estates, IL 60169-5019
10698538     +Chase Receivables,   1247 Broadway,   Sonoma, CA 95476-7503
10698539      City of Chicago,   Department of Revenue,   P.O. Box 88292,   Chicago, IL 60680-1292
10698541      Computer Credit,   Claim Dept. 003483,   640 W. 4th St.,   P.O. Box 5238,
               Winston-Salem, NC 27113-5238
10698543     +Enhanced Recovery,   8014 Bayberry Road,   Jacksonville, FL 32256-7412
10698545      JC Penny,   P.O. Box 533,   Dallas, TX 75521
10698546      Linebarger Goggan Blair & Sampson, LLP,   P.O. Box 06152,   Chicago, IL 60606-0152
10698550     +MRI Lincoln Imaging Center,   P.O. Box 2957,   Carol Stream, IL 60132-0001
10698547     +Marshall Field,   c/o Dayton Hudson Corp.,   3701 Wayzata, Mail Stop #3C-K,
               Minneapolis, MN 55416-3401
10698548     +Medical Center Anesthesia,   185 Penny Avenue,   East Dundee, IL 60118-1454
10698549     +Meyer & Njus, P.A.,   25 E. Washington St., Ste. 500,   Chicago, IL 60602-1703
10698553     +Neopath,   520 E. 22nd,   Lombard, IL 60148-6110
10698555     +OSI Collection,   P.O. Box 7172,   Dublin, OH 43017-0772
10698556      Pellettieri & Associates,   991 Oak Creek Drive,   Lombard, IL 60148-6408
10698560     +RNB-Dayton/Hudson/Field,   3701 Wayzata Blvd.#2-CF,   Minneapolis, MN 55416-3401
10698557     +Radiological Consultants of Woodstock,   9410 Compubill Drive,   Orland Park, IL 60462-2627
10698561     +St. Alexius Medical Center,   1555 Barrington Road,   Hoffman Estate, IL 60169-1099
10698562     +Suburban Surgical Assistants, Inc.,   Box 369 (Billing Office),   New Lenox, IL 60451-0369
10698563      The Illinois TollwayViolation,   Violation Processing Center,   135 S. LaSalle Dept. 8021,
               Chicago, IL 60674-8021
10698564     +Transworld Systems,   5880 Commerce Blvd.,   Rohnert Park, CA 94928-1644
11791859      eCAST Settlement Corporation successor to,   Arrow Financial Services LLC assignee,
               of GE MONEY BANK Empire,   POB 35480,   Newark NJ 07193-5480
11791856      eCAST Settlement Corporation successor to,   Arrow Financial Services LLC assignee,
               of GE MONEY BANK JC PENNEY,   POB 35480,   Newark NJ 07193-5480

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr           +E-mail/Text: csmith@fgllp.com Apr 21 2011 22:34:54    Frances Gecker,   325 North LaSalle Street,
               Suite 625,   Chicago, IL 60654-6465
                                                                                              TOTAL: 1

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
10698532      Asset Acceptance LLC,   P.O. Box 2036
10698535      Blatt, Hasenmiler Leibsker & Moore
10698551      N.W. Suburban Surgical Specialists
10698558      Radiological Consultants of Woodstock
10698533      Warren, MI 48090-2036
aty*         +Frances Gecker,   325 North LaSalle Street,   Suite 625,   Chicago, IL 60654-6465
10698540*     City of Chicago,   Dept. of Revenue,   P.O. Box 88292,   Chicago, IL 60680-1292
10698542     ##Dependon Collection,   P.O. Box 6074,   River Forest, IL 60305-6074
10698544     ##+Harris & Harris, LTD,   600 W. Jackson Blvd., Ste. 400,   Chicago, IL 60661-5675
10698554     ##+Northwest Suburban Surgical,   1430 N. Arlington Heights Rd., #210,
               Arlington Hts., IL 60004-4825
                                                                                 TOTALS: 5, * 2, ## 3

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.   Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.   The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0752-1          User: kseldon              Page 2 of 2             Date Rcvd: Apr 21, 2011
                              Form ID: pdf006            Total Noticed: 34

              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 23, 2011**                    **Signature:**    *Joseph Speetjens*