UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

| In re: | § | |
| --- | --- | --- |
| | § | |
| DANIEL, DORIS N | § | Case No. 06-04322 |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Frances Gecker, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
| --- | --- |
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $              (see **Exhibit 1**), minus funds paid to the debtor and third parties of $         (see **Exhibit 2**), yielded net receipts of $              from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS:  CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____  By:/s/Frances Gecker_____
                                                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| DORIS N DANIEL |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |
| **TOTAL SECURED CLAIMS** |  |  | **$** | **$** | **$** | **$** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| FRANCES GECKER | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| FRANK/GECKER LLP | | | | | |
| FRANK/GECKER LLP | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | A.G. Lung Associates | | | | | |
| | Arrow Financial | | | | | |
| | Arrow Financial | | | | | |
| | Asset Acceptance LLC | | | | | |
| | Associated Recovery Systems | | | | | |
| | Blatt, Hasenmiler Leibsker & Moore | | | | | |
| | Center for Sports Orthopaedic | | | | | |
| | Chase Receivables | | | | | |
| | City of Chicago | | | | | |
| | City of Chicago | | | | | |
| | Computer Credit | | | | | |
| | Dependon Collection | | | | | |
| | Enhanced Recovery | | | | | |
| | Harris & Harris LTD | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Illinois Tollway Violation | | | | | |
| | JC Penny | | | | | |
| | Linebarger Goggan Blair & Sampson, LLP | | | | | |
| | MRI Lincoln Imaging Center | | | | | |
| | Marshall Field | | | | | |
| | Medical Center Anesthesia | | | | | |
| | Meyer & Njus, P.A. | | | | | |
| | N.W. Suburban Surgical Specialists | | | | | |
| | Neopath | | | | | |
| | OSI Collection | | | | | |
| | Pellettieri & Associates | | | | | |
| | RNB-Dayton/Hudson/Field | | | | | |
| | Radiological Consultants of Woodstock | | | | | |
| | Radiological Consultants of Woodstock | | | | | |
| | St. Alexius Medical Center | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Suburban Surgical Assistants, Inc. | | | | | |
| | Transworld Systems | | | | | |
| 000002 | ECAST SETTLEMENT CORPORATION SUCCES | | | | | |
| 000003 | ECAST SETTLEMENT CORPORATION SUCCES | | | | | |
| 000001 | NORTHWEST SUBURBAN SURGICAL | | | | | |
| | ECAST SETTLEMENT CORPORATION SUCCES | | | | | |
| | ECAST SETTLEMENT CORPORATION SUCCES | | | | | |
| | United States Bankruptcy Court | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit 8

| Case No: | 06-04322 | CAD | Judge: Carol A. Doyle | Trustee Name: | Frances Gecker |
|---|---|---|---|---|---|
| Case Name: | DANIEL, DORIS N | | | Date Filed (f) or Converted (c): | 04/18/06 (f) |
| | | | | 341(a) Meeting Date: | 05/31/06 |
| For Period Ending: | 07/19/11 | | | Claims Bar Date: | 12/17/07 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. CASH  Debtor claimed exemption - therefore asset is not property of estate and not DA.  Debtor Claimed Exemption | 10.00 | 0.00 | | 0.00 | FA |
| 2. WEARING APPAREL  Debtor claimed exemption - therefore asset is not property of estate and not DA.  Debtor Claimed Exemption | 300.00 | 0.00 | | 0.00 | FA |
| 3. FURS AND JEWELRY  Debtor claimed exemption - therefore asset is not property of estate and not DA.  Debtor Claimed Exemption | 10.00 | 0.00 | | 0.00 | FA |
| 4. VEHICLES  2000 Chevy Cavalier.  Debtor Claimed Exemption | 1,000.00 | 700.00 | DA | 0.00 | FA |
| 5. FRAUDULENT TRANSFER (u)  Settlement payment for prepetition sale of real estate 1495 Russell Drive, Hoffman Estates, IL | Unknown | 12,000.00 | | 11,800.00 | FA |
| 6. Post-Petition Interest Deposits (u) | Unknown | N/A | | 17.48 | Unknown |
| 7. VOID (u) | Unknown | 0.00 | | 0.00 | FA |

LFORM1
**UST Form 101-7-TDR (10/1/2010)** *(Page: 8)*

Ver: 16.02b

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit 8

| Case No: | 06-04322 | CAD | Judge: Carol A. Doyle | Trustee Name: | Frances Gecker |
|---|---|---|---|---|---|
| Case Name: | DANIEL, DORIS N | | | Date Filed (f) or Converted (c): | 04/18/06 (f) |
| | | | | 341(a) Meeting Date: | 05/31/06 |
| | | | | Claims Bar Date: | 12/17/07 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $1,320.00 | $12,700.00 | | $11,817.48 | Gross Value of Remaining Assets $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Final report submitted for approval 4/1/11

Initial Projected Date of Final Report (TFR): 12/01/13    Current Projected Date of Final Report (TFR): 03/01/11

       /s/    Frances Gecker
_____  Date: 07/19/11
       FRANCES GECKER

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 06-04322 -CAD | | Trustee Name: | Frances Gecker |
| Case Name: | DANIEL, DORIS N | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******3794  MONEY MARKET |
| Taxpayer ID No: | *******2564 | | | |
| For Period Ending: | 07/19/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/14/07 | 5 | Querry & Harrow<br>175 W. Jackson Blvd., Suite 1600<br>Chicago, IL  60604-2827 | Fraudulent Transfer Settlement | 1241-000 | 3,000.00 | | 3,000.00 |
| 09/28/07 | 6 | BANK OF AMERICA | Interest Rate  0.750 | 1270-000 | 0.67 | | 3,000.67 |
| 10/31/07 | 6 | BANK OF AMERICA | Interest Rate  0.750 | 1270-000 | 1.91 | | 3,002.58 |
| 11/30/07 | 6 | BANK OF AMERICA | Interest Rate  0.650 | 1270-000 | 1.60 | | 3,004.18 |
| 12/31/07 | 6 | BANK OF AMERICA | Interest Rate  0.500 | 1270-000 | 1.44 | | 3,005.62 |
| 01/31/08 | 6 | BANK OF AMERICA | Interest Rate  0.400 | 1270-000 | 1.19 | | 3,006.81 |
| 02/29/08 | 6 | BANK OF AMERICA | Interest Rate  0.300 | 1270-000 | 0.71 | | 3,007.52 |
| 03/31/08 | 6 | BANK OF AMERICA | Interest Rate  0.250 | 1270-000 | 0.71 | | 3,008.23 |
| 04/30/08 | 6 | BANK OF AMERICA | Interest Rate  0.250 | 1270-000 | 0.62 | | 3,008.85 |
| 05/30/08 | 6 | BANK OF AMERICA | Interest Rate  0.150 | 1270-000 | 0.38 | | 3,009.23 |
| 06/12/08 | 5 | Emmanuel P. Daniel<br>1495 Russsell Dr.<br>Hoffman Estates, IL  60192 | Fraudulent Transfer Settlement | 1241-000 | 1,200.00 | | 4,209.23 |
| 06/30/08 | 6 | BANK OF AMERICA | Interest Rate  0.150 | 1270-000 | 0.45 | | 4,209.68 |

Page Subtotals           4,209.68           0.00

Ver: 16.02b

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 06-04322 -CAD | | Trustee Name: | Frances Gecker |
| Case Name: | DANIEL, DORIS N | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******3794 MONEY MARKET |
| Taxpayer ID No: | *******2564 | | | |
| For Period Ending: | 07/19/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/11/08 | 5 | EMMANUEL P. DANIEL<br>1495 Russell Dr.<br>Hoffman Estates, IL 60192 | Fraudulent Transfer Settlement | 1241-000 | 200.00 | | 4,409.68 |
| 07/31/08 | 6 | BANK OF AMERICA | Interest Rate 0.150 | 1270-000 | 0.55 | | 4,410.23 |
| 08/21/08 | 5 | EMMANUEL P. DANIEL<br>1495 Russell Dr.<br>Hoffman Estates, IL 60192 | Fraudulent Transfer Settlement | 1241-000 | 200.00 | | 4,610.23 |
| 08/29/08 | 6 | BANK OF AMERICA | Interest Rate 0.150 | 1270-000 | 0.56 | | 4,610.79 |
| 09/24/08 | 5 | EMMANUEL P. DANIEL<br>1495 Russell Dr.<br>Hoffman Estates, IL 60192 | Fraudulent Transfer Settlement | 1241-000 | 200.00 | | 4,810.79 |
| 09/30/08 | 6 | BANK OF AMERICA | Interest Rate 0.150 | 1270-000 | 0.58 | | 4,811.37 |
| 10/23/08 | 5 | EMMANUEL P. DANIEL<br>1495 Russell Dr.<br>Hoffman Estates, IL 60192 | Fraudulent Transfer Settlement | 1241-000 | 200.00 | | 5,011.37 |
| 10/31/08 | 6 | BANK OF AMERICA | Interest Rate 0.100 | 1270-000 | 0.47 | | 5,011.84 |
| 11/25/08 | 5 | EMMANUEL P. DANIEL<br>1495 Russell Dr.<br>Hoffman Estates, IL 60192 | Fraudulent Transfer Settlement | 1241-000 | 200.00 | | 5,211.84 |

Page Subtotals          1,002.16          0.00

Ver: 16.02b

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

FORM 2

Page: 3

Exhibit 9

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 06-04322 -CAD | | Trustee Name: | Frances Gecker |
| Case Name: | DANIEL, DORIS N | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******3794  MONEY MARKET |
| Taxpayer ID No: | *******2564 | | | |
| For Period Ending: | 07/19/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 11/28/08 | 6 | BANK OF AMERICA | Interest Rate  0.100 | 1270-000 | 0.40 | | 5,212.24 |
| 12/30/08 | | EMMANUEL P. DANIEL<br>1495 Russell Dr.<br>Hoffman Estates, IL  60192 | Settlement Charges to Seller | 1241-000 | 200.00 | | 5,412.24 |
| 12/31/08 | 6 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.27 | | 5,412.51 |
| 01/28/09 | 5 | EMMANUEL P. DANIEL<br>1495 Russell Dr.<br>Hoffman Estates, IL  60192 | Fraudulent Transfer Settlement | 1241-000 | 200.00 | | 5,612.51 |
| 01/30/09 | 6 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.04 | | 5,612.55 |
| 02/27/09 | 5 | EMMANUEL P. DANIEL<br>1495 Russell Dr.<br>Hoffman Estates, IL  60192 | Fraudulent Transfer Settlement | 1241-000 | 200.00 | | 5,812.55 |
| 02/27/09 | 6 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.04 | | 5,812.59 |
| 03/31/09 | 5 | EMMANUEL P. DANIEL<br>1495 Russell Dr.<br>Hoffman Estates, IL  60192 | Fraudulent Transfer Settlement | 1241-000 | 200.00 | | 6,012.59 |
| 03/31/09 | 6 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.05 | | 6,012.64 |
| 04/30/09 | 6 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.13 | | 6,012.77 |
| 05/04/09 | 5 | EMMANUEL P. DANIEL | Fraudulent Transfer Settlement | 1241-000 | 200.00 | | 6,212.77 |
| | | | Page Subtotals | | 1,000.93 | 0.00 | |

Ver: 16.02b

LFORM24

UST Form 101-7-TDR (10/1/2010)  (Page: 12)

FORM 2

Page: 4

Exhibit 9

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 06-04322 -CAD | | Trustee Name: | Frances Gecker |
|---|---|---|---|---|
| Case Name: | DANIEL, DORIS N | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******3794 MONEY MARKET |
| Taxpayer ID No: | *******2564 | | | |
| For Period Ending: | 07/19/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 1495 Russell Dr. Hoffman Estates, IL 60192 | | | | | |
| 05/29/09 | 6 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.16 | | 6,212.93 |
| 06/16/09 | 5 | EMMANUEL P. DANIEL 1495 Russell Dr. Hoffman Estates, IL 60192 | Fraudulent Transfer Settlement | 1241-000 | 200.00 | | 6,412.93 |
| 06/30/09 | 6 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.15 | | 6,413.08 |
| 07/31/09 | 6 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.16 | | 6,413.24 |
| 08/20/09 | 5 | EMMANUEL P. DANIEL 1495 Russell Dr. Hoffman Estates, IL 60192 | Fraudulent Transfer Settlement | 1241-000 | 200.00 | | 6,613.24 |
| 08/31/09 | 6 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.16 | | 6,613.40 |
| 09/30/09 | 6 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.16 | | 6,613.56 |
| 10/12/09 | 5 | EMMANUEL P. DANIEL 1495 Russell Dr. Hoffman Estates, IL 60192 | Fraudulent Transfer Settlement | 1241-000 | 200.00 | | 6,813.56 |
| 10/30/09 | 6 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.17 | | 6,813.73 |
| 11/30/09 | 6 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.17 | | 6,813.90 |

Page Subtotals  601.13  0.00

Ver: 16.02b

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 13)*

FORM 2                                                                                   Page: 5

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD                                            Exhibit 9

| Case No: | 06-04322 -CAD | | Trustee Name: | Frances Gecker |
| Case Name: | DANIEL, DORIS N | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******3794  MONEY MARKET |
| Taxpayer ID No: | *******2564 | | | |
| For Period Ending: | 07/19/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/10/09 | 5 | EMMANUEL P. DANIEL<br>1495 Russell Dr.<br>Hoffman Estates, IL  60192 | Fraudulent Transfer Settlement | 1241-000 | 200.00 | | 7,013.90 |
| 12/31/09 | 6 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.18 | | 7,014.08 |
| 01/18/10 | 5 | EMMANUEL P. DANIEL<br>1495 Russell Dr.<br>Hoffman Estates, IL  60192 | Fraudulent Transfer Settlement | 1241-000 | 200.00 | | 7,214.08 |
| 01/29/10 | 6 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.18 | | 7,214.26 |
| 02/26/10 | 6 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.17 | | 7,214.43 |
| 03/09/10 | 5 | EMMANUEL P. DANIEL<br>1495 Russell Dr.<br>Hoffman Estates, IL  60192 | Fraudulent Transfer Settlement | 1241-000 | 200.00 | | 7,414.43 |
| 03/31/10 | 6 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.19 | | 7,414.62 |
| 04/30/10 | 6 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.18 | | 7,414.80 |
| 05/28/10 | 6 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.18 | | 7,414.98 |
| 06/30/10 | 6 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.19 | | 7,415.17 |
| 07/19/10 | 5 | EMMANUEL P. DANIEL<br>1495 Russell Dr.<br>Hoffman Estates, IL  60192 | Fraudulent Transfer Settlement | 1241-000 | 4,600.00 | | 12,015.17 |

Page Subtotals       5,201.27         0.00

Ver: 16.02b

FORM 2

Page: 6

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 06-04322 -CAD | Trustee Name: | Frances Gecker |
|---|---|---|---|
| Case Name: | DANIEL, DORIS N | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******3794 MONEY MARKET |
| Taxpayer ID No: | *******2564 | | |
| For Period Ending: | 07/19/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/30/10 | 6 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.22 | | 12,015.39 |
| 08/31/10 | 6 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.32 | | 12,015.71 |
| 09/30/10 | 6 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.30 | | 12,016.01 |
| 10/29/10 | 6 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.30 | | 12,016.31 |
| 11/30/10 | 6 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.31 | | 12,016.62 |
| 12/31/10 | 6 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.31 | | 12,016.93 |
| 01/31/11 | 6 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.31 | | 12,017.24 |
| 02/08/11 | 001000 | INTERNATIONAL SURETIES, LTD. Suite 420 701 Poydras Street New Orleans, LA 70139 | BLANKET BOND | 2300-000 | | 13.68 | 12,003.56 |
| 02/28/11 | 6 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.09 | | 12,003.65 |
| 03/31/11 | 6 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.10 | | 12,003.75 |
| 04/18/11 | 6 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.05 | | 12,003.80 |
| 04/18/11 | | Transfer to Acct #*******5294 | Final Posting Transfer | 9999-000 | | 12,003.80 | 0.00 |

Page Subtotals    2.31    12,017.48

Ver: 16.02b

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 15)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 06-04322 -CAD | Trustee Name: | Frances Gecker |
|---|---|---|---|
| Case Name: | DANIEL, DORIS N | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******3794  MONEY MARKET |
| Taxpayer ID No: | *******2564 | | |
| For Period Ending: | 07/19/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 12,017.48 | 12,017.48 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 12,003.80 | |
| | | | Subtotal | | 12,017.48 | 13.68 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 12,017.48 | 13.68 | |

Page Subtotals        0.00        0.00

Ver: 16.02b

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 16)*

FORM 2

Page: 8

Exhibit 9

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 06-04322 -CAD | Trustee Name: | Frances Gecker |
|---|---|---|---|
| Case Name: | DANIEL, DORIS N | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******5294 GENERAL CHECKING |
| Taxpayer ID No: | *******2564 | | |
| For Period Ending: | 07/19/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/18/11 | | Transfer from Acct #*******3794 | Transfer In From MMA Account | 9999-000 | 12,003.80 | | 12,003.80 |
| 05/23/11 | 001000 | FRANCES GECKER<br>FRANK/GECKER LLP<br>325 N. LaSalle Street, Suite 625<br>Chicago, IL 60654 | Chapter 7 Compensation/Fees | 2100-000 | | 1,941.26 | 10,062.54 |
| 05/23/11 | 001001 | FRANK/GECKER LLP<br>325 N. LaSalle Street<br>Suite 625<br>Chicago, IL 60654 | Attorney for Trustee Fees (Trustee<br><br>Fees       5,112.00<br>Expenses      32.98 | <br><br><br><br>3110-000<br>3120-000 | | 5,144.98 | 4,917.56 |
| * 05/23/11 | 001002 | Northwest Suburban Surgical<br>1430 N. Arlington Heights Rd., #210<br>Arlington Hts., IL 60004<br><br>Claim        418.60<br>Interest     104.85 | Claim 000001, Payment 125%<br><br><br><br>7100-003<br>7990-003 | | | 523.45 | 4,394.11 |
| 05/23/11 | 001003 | eCAST Settlement Corporation successor to<br>Arrow Financial Services LLC assignee<br>of GE MONEY BANK JC PENNEY<br>POB 35480<br>Newark NJ 07193-5480<br><br>Claim      1,057.38<br>Interest     264.85 | Claim 000002, Payment 125%<br><br><br><br><br><br>7100-000<br>7990-000 | | | 1,322.23 | 3,071.88 |
| | | | Page Subtotals | | 12,003.80 | 8,931.92 | |

Ver: 16.02b

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 17)*

FORM 2

Page: 9

Exhibit 9

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 06-04322 -CAD | | Trustee Name: | Frances Gecker |
| Case Name: | DANIEL, DORIS N | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******5294  GENERAL CHECKING |
| Taxpayer ID No: | *******2564 | | | |
| For Period Ending: | 07/19/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 05/23/11 | 001004 | eCAST Settlement Corporation successor to Arrow Financial Services LLC assignee of GE MONEY BANK Empire POB 35480 Newark NJ 07193-5480 | Claim 000003, Payment 125%<br><br>Claim       2,372.72     7100-000<br>Interest      594.31      7990-000 | | | 2,967.03 | 104.85 |
| 05/23/11 | 001005 | DORIS N DANIEL 1495 RUSSELL DR HOFFMAN ESTATES, IL  60192-4596 | Surplus Funds | 8200-002 | | 104.85 | 0.00 |
| * 06/07/11 | 001002 | Northwest Suburban Surgical 1430 N. Arlington Heights Rd., #210 Arlington Hts., IL 60004 | Claim 000001, Payment 125%<br>Claimant is out of business and left no forwarding information or address.<br>Claim       (   418.60 )   7100-003<br>Interest      (   104.85)    7990-003 | | | -523.45 | 523.45 |
| 06/07/11 | 001006 | United States Bankruptcy Court 219 South Dearborn Courtroom 742 Chicago, IL  60604 | Claim 000001, Payment 125%<br><br>Claim       418.60       7100-001<br>Interest      104.85       7990-001 | | | 523.45 | 0.00 |

Page Subtotals       0.00       3,071.88

Ver: 16.02b

LFORM24

UST Form 101-7-TDR (10/1/2010) (Page: 18)

FORM 2

Page: 10

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: | 06-04322 -CAD |
| Case Name: | DANIEL, DORIS N |
| Taxpayer ID No: | *******2564 |
| For Period Ending: | 07/19/11 |

| | |
|---|---|
| Trustee Name: | Frances Gecker |
| Bank Name: | BANK OF AMERICA |
| Account Number / CD #: | *******5294  GENERAL CHECKING |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 12,003.80 | 12,003.80 | 0.00 |
| | | | Less:  Bank Transfers/CD's | | 12,003.80 | 0.00 | |
| | | | Subtotal | | 0.00 | 12,003.80 | |
| | | | Less:  Payments to Debtors | | | 104.85 | |
| | | | Net | | 0.00 | 11,898.95 | |

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| MONEY MARKET - ********3794 | 12,017.48 | 13.68 | 0.00 |
| GENERAL CHECKING - ********5294 | 0.00 | 11,898.95 | 0.00 |
| | ------------------------ | ------------------------ | ------------------------ |
| | 12,017.48 | 11,912.63 | 0.00 |
| | ============== | ============== | ============== |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Frances Gecker, Trustee

Trustee's Signature: ____/s/    Frances Gecker_____   Date: _____
                                    FRANCES GECKER

Page Subtotals      0.00      0.00

Ver: 16.02b

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 19)*